JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEN AGHAJANIAN,<br><br>        Plaintiff,<br><br>   vs.<br><br>TERESA L. CARR,<br><br>        Defendant. | CASE NO. CV 11-04654 MMM (JCGx)<br><br>JUDGMENT FOR DEFENDANTS |

On October 12, 2011, the court granted the government's motion to dismiss plaintiff's complaint with prejudice.  Accordingly,

IT IS ORDERED AND ADJUDGED

    1. That plaintiff Alen Aghajanian take nothing by way of his complaint; and

    2. That the action be, and it hereby is, dismissed.

DATED: October 12, 2011

                                                              *Margaret M. Morrow*<br>
                                                          MARGARET M. MORROW<br>
                                                   UNITED STATES DISTRICT JUDGE